UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, <br><br> Plaintiff, <br><br> v. <br><br> SISKIYOU COUNTY, et al., <br><br> Defendants. | No. 2: 18-cv-2555 KJM KJN P <br><br> FINDINGS AND RECOMMENDATIONS |

By an order filed October 3, 2018, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, or pay the filing fee. In this order, plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed. The thirty days period has now expired, and plaintiff has not filed an in forma pauperis application or paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

1

objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 16, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bon2555.fr